IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROOSEVELT BRADLEY, KAREN CLAYTON, <br><br> Plaintiffs, <br><br> v. <br><br> BOXED WATER IS BETTER, LLC, <br><br> Defendant. | 1:23cv0168 <br> ELECTRONICALLY FILED <br> **LEAD CASE** |
| IAN FOLEY, KAREN CLAYTON, <br><br> Plaintiffs, <br><br> v. <br><br> 180S, INC., <br><br> Defendant. | 1:23cv0169 <br> ELECTRONICALLY FILED <br> MEMBER CASE |
| ANTOINETTE SUCHENKO, KAREN CLAYTON, <br><br> Plaintiffs, <br><br> v. <br><br> MAGENTA, INC., <br><br> Defendant. | 1:23cv0173 <br> ELECTRONICALLY FILED <br> MEMBER CASE |
| MELISSA MCCABE, KAREN CLAYTON, <br><br> Plaintiffs, <br><br> v. <br><br> SHERPER'S INC., <br><br> Defendant. | 1:23cv0174 <br> ELECTRONICALLY FILED <br> MEMBER CASE |

-2-

| | |
|---|---|
| JOCELYN COLON, KAREN CLAYTON, | |
| Plaintiffs, | 1:23cv0176 |
| v. | ELECTRONICALLY FILED MEMBER CASE |
| BELLA LASH EXTENSIONS, LLC, | |
| Defendant. | |

| | |
|---|---|
| ANTOINETTE SUCHENKO, KAREN CLAYTON, | |
| Plaintiffs, | 1:23cv0177 |
| v. | ELECTRONICALLY FILED MEMBER CASE |
| PICCARD PETS SUPPLIES, CORP., | |
| Defendant. | |

| | |
|---|---|
| MELISSA MCCABE, KAREN CLAYTON, | |
| Plaintiffs, | 1:23cv0178 |
| v. | ELECTRONICALLY FILED MEMBER CASE |
| PERFUMELAND OF ORLANDO, INC., | |
| Defendant. | |

| | |
|---|---|
| ANTOINETTE SUCHENKO, KAREN CLAYTON, | |
| Plaintiffs, | 1:23cv0180 |
| v. | ELECTRONICALLY FILED MEMBER CASE |
| PHE INVESTMENTS LLC *doing business as* PURE HAVEN | |
| Defendant. | |

| | |
|---|---|
| SYLVIA SANTOS, KAREN CLAYTON, | |
| Plaintiffs, | 1:23cv0181 |
| v. | ELECTRONICALLY FILED |
| | MEMBER CASE |
| AURALINE, INC., | |
| Defendant. | |

| | |
|---|---|
| HOLGER FIALLO, | |
| Plaintiffs, | 1:23cv0189 |
| v. | ELECTRONICALLY FILED |
| | MEMBER CASE |
| KAREN CLAYTON, | |
| Defendant. | |

| | |
|---|---|
| MELISSA MCCABE, JARED CHARLAP, | |
| Plaintiffs, | 23cv1019 |
| v. | ELECTRONICALLY FILED |
| | MEMBER CASE |
| AUSTIN'S SHOE, LLC, | |
| Defendant. | |

| | |
|---|---|
| CHRISTOPHER WALTERS, JARED CHARLAP, | |
| Plaintiffs, | 23cv1020 |
| v. | ELECTRONICALLY FILED |
| | MEMBER CASE |
| HARVEST DRUG & GIFT, LP, | |
| Defendant. | |

| | |
|---|---|
| SAM WILSON, JARED CHARLAP, | |
| Plaintiffs, | 23cv1025 |
| v. | ELECTRONICALLY FILED<br>MEMBER CASE |
| ZERO TECHNOLOGIES, LLC *doing business as* ZERO WATER, | |
| Defendant. | |
| IAN FOLEY, JARED CHARLAP, | |
| Plaintiffs, | 23cv1038 |
| v. | ELECTRONICALLY FILED<br>MEMBER CASE |
| RAYCON, INC., | |
| Defendant. | |
| CHRISTOPHER WALTERS,<br>JARED CHARLAP, | |
| Plaintiffs, | 23cv1039<br>ELECTRONICALLY FILED |
| v. | MEMBER CASE |
| ALPINE TRACKS, INC. *doing business as* ALPINE SHOP VERMONT, | |
| Defendant. | |
| JOCELYN COLON, JARED CHARLAP, | |
| Plaintiffs, | 23cv1040 |
| v. | ELECTRONICALLY FILED<br>MEMBER CASE |
| CD PEACOCK INC., | |
| Defendant. | |

| | |
|---|---|
| IAN FOLEY, JARED CHARLAP, | |
| Plaintiffs, | 23cv1063 |
| | ELECTRONICALLY FILED |
| v. | MEMBER CASE |
| WAXMAN SALES, LLC d*oing business as* BIRDROCK HOME, | |
| Defendant. | |

| | |
|---|---|
| IAN FOLEY, JARED CHARLAP, | |
| Plaintiffs, | 23cv1064 |
| | ELECTRONICALLY FILED |
| v. | MEMBER CASE |
| PEDIGREE SUPPLIES, INC. *doing business as* CHERRYBROOK, | |
| Defendant. | |

| | |
|---|---|
| SAM WILSON, JARED CHARLAP, | |
| Plaintiffs, | 23cv1144 |
| | ELECTRONICALLY FILED |
| v. | MEMBER CASE |
| PREMIER GOURMET, CORP., | |
| Defendant. | |

| | |
|---|---|
| ARNOLD VARGAS, JARED CHARLAP, | |
| Plaintiffs, | 23cv1155 |
| | ELECTRONICALLY FILED |
| v. | |
| LEON HAND-CRAFTED SPEAKERS, INC., | |
| Defendant. | |

-5-

**CONSOLIDATION ORDER OF COURT**

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. 1:23-180, 1:23-181, 1:23- 178, 1:23-177, 1:23-176, 2:23-1064, 2:23-1063, 2:23-1038, 1:23-173, 1:23-169, 1:23-174, 2:23-1025, 2:23-1039, 2:23-1019, 2:23-1040, 2:23-1020, 1:23-189; 2:23-1144; 2:23-1155 are hereby consolidated with **Civil Action No. 1:23-cv-00168**, the lead case as captioned above.

2. All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 1:23-cv-00168**.

3. The Clerk of Court shall close Civil Action No. 1:23-180, 1:23-181, 1:23- 178, 1:23-177, 1:23-176, 2:23-1064, 2:23-1063, 2:23-1038, 1:23-173, 1:23-169, 1:23-174, 2:23-1025, 2:23-1039, 2:23-1019, 2:23-1040, 2:23-1020, 1:23-189; 2:23-1144; 2:23-1155.

**SO ORDERED** this 30th day of June, 2023.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All counsel of record